UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 17-5671 FMO (AGRx) | Date | February 8, 2018 |
| Title | Luis Villegas v. 7947 Downey Plaza, LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of September 14, 2017, the parties were required to complete a settlement conference before a mediator from the court's ADR Panel no later than December 13, 2017. (See Dkt. 14). The parties were required to file a Joint Status Report no later than seven (7) days after the ADR proceeding was completed to advise the court of the status of the ADA violations and their mediation efforts. (See id.).

As of the filing date of this Order, a Joint Status Report has not been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **February 15, 2018**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of September 14, 2017. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |